UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| SRBUHI HAYRAPETYAN, | No. CV 17-8364 GW (AGRx) |
|---|---|
| Plaintiff, | |
| v. | ORDER APPROVING STIPULATION TO REMAND CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) |
| JEFFERSON SESSIONS, et al., | |
| Defendants. | |

Pursuant to stipulation, and for good cause shown, IT IS ORDERED that:

1. Plaintiff's application for naturalization is REMANDED for adjudication to the United States Citizenship and Immigration Services ("USCIS"). USCIS shall take the necessary steps to adjudicate the application for naturalization (including to re-fingerprint and re-interview plaintiff and to issue a request for evidence), and then issue a decision on the application – all within 90 days after the entry of this order of remand.

2. For purposes of this order, this time frame is limited to the decision by USCIS on plaintiff's application for naturalization, and does not include any decision by USCIS regarding any subsequent administrative appeal that plaintiff may ultimately file (pursuant

1

to 8 C.F.R. § 336.2), in the event the application is denied.

3. This action is DISMISSED without prejudice. Each side shall bear its own attorney's fees and costs.

Dated: January 10, 2018

_____
GEORGE H. WU, U.S. District Judge

Presented by:

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

/s/ *Grace Y. Park*
GRACE Y. PARK
Assistant United States Attorney